UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : **Criminal No. 06-162 (CKK)** |
| v. | : |
| | : **(UNDER SEAL)** |
| **FRANKLIN H. PETTIFORD,** | : |
| | : |
| **Defendant.** | : |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Arvind Lal at telephone number (202) 353-8833 and/or email address Arvind.Lal@usdoj.gov. Mr. Lal will substitute for AUSA Martin Dee Carpenter as counsel for the United States.

                                                Respectfully submitted,

                                                KENNETH L. WAINSTEIN
                                                UNITED STATES ATTORNEY
                                                Bar No.: 451-058

By:    _____
           ARVIND LAL
           Assistant United States Attorney
           555 4th Street, N.W., 4217
           Washington, D.C. 20001
           (202) 353-8833