UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | |
| v. ] | Criminal No. 06-162 |
| ] | Judge Kollar-Kotelly |
| FRANKLIN PETTIFORD ] | |

## MOTION TO WITHDRAW AS COUNSEL

Petitioner Joanne Slaight, in accordance with U.S. District Court Rules for the District of Columbia - Criminal Rule 301 (d), respectfully moves to withdraw as counsel, and as grounds therefore states the following:

1. Petitioner was appointed to represent defendant Franklin Pettiford in the above-titled case on May 16, 2006.

2. Mr. Pettiford has informed the court, in a letter to the court which was forwarded by the court to counsel, that he wants other counsel.

3. It is in Mr. Pettiford's best interests to have a new representative on the case.

WHEREFORE, petitioner respectfully requests that she be granted leave to withdraw as counsel in the above matters and that her appearance be stricken.

Respectfully submitted,

Joanne D. Slaight, #332866
717 5th St, N.W.
Washington, DC  20001
Phone (202) 408-2041