UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ] <br> ] <br> v. ] <br> ] <br> FRANKLIN PETTIFORD ] <br> ] | Criminal No. 06-162 <br> (Kollar-Kotelly) |

**ORDER**

Upon motion of defendant Franklin Pettiford to suppress evidence and statements, and for good cause shown, it is, this _____ day of _____, 2006, hereby

ORDERED, that the motion is GRANTED.

_____
JUDGE

Date: