UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ] | |
| v. ] | Criminal No. 06-162 |
| ] | (Kollar-Kotelly) |
| FRANKLIN PETTIFORD ] | |

## **ORDER**

Upon motion of defendant Franklin Pettiford to suppress evidence and statements, and for good cause shown, it is, this _____ day of _____, 2006, hereby

ORDERED, that the motion is GRANTED.


_____

JUDGE


Date: