*Let this filed
Judge C Koller-Kotelly
7/5/06*

Your Honorable Judge:
Ms. Kollar-Kotelly, J

CR-06-162

**FILED**
JUL 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Date 6-24-2006

Your Honor, good morning man my name is Franklin H. Pettiford and my case no# 06-00162. Your honor, I am addressing you this brief, but very short letter in hopes, that my letter be considered and granted for the best of my case. Your honor, I am asking for the dismissal of my Attorney Ms. Joanne Slaight. Your honor she is not working in the best of my behalf because I have had her before and she did not help me, so I filed a dismissal for Attorney and Ask that I gi be granted New Representation. We are going back down that same Road once again and I would like to be granted by you New Representation your honor. Thank you very much for your time and Cooperation.

Respectfully Submitted
Mr. Franklin Pettiford