UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO.  06-162 (CKK) |
| : | |
| FRANKLIN H. PETTIFORD : | |
| : | |
| Defendant. : | |

**ORDER**

Having reviewed the Government's <u>In Limine</u> Motion Regarding Rule 404(b) Evidence and Rule 609 Admissibility, any Opposition thereto, and such evidence as has been presented at a hearing on the motions, the Court hereby rules as follows:

1. The Government's Motion regarding Rule 404(b) evidence is GRANTED; and

2. The Government's Motion regarding Rule 609 is also GRANTED.

IT IS SO ORDERED.


Date:_____                    _____
                                          COLLEEN KOLLAR-KOTELL Y
                                          UNITED STATES DISTRICT JUDGE