UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL NO. 06-162 (CKK)** |
| : | |
| **FRANKLIN H. PETTIFORD** : | |
| : | |
| **Defendant.** : | |

## ORDER

Upon consideration of the defendant's Motion to Suppress Evidence and Statements, the Government's Opposition, and the record herein, it is this _____ day of _____, 2006 hereby

ORDERED, that the defendant's Motion is hereby DENIED.

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE