NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                                                    Criminal Number  06 CR 162 (CKK)

Franklin H. Pettiford
(Defendant)

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

[X]  CJA           [ ]  RETAINED           [ ]  FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Christopher M Davis  #385582
(Attorney & Bar ID Number)

Davis + Davis
(Firm Name)

514 10th Street NW 9th Fl
(Street Address)

Washington    DC    20004
(City)        (State)  (Zip)

202 234 7300
(Telephone Number)