UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | CR: 06-162 (CKK) |
| : | |
| **FRANKLIN H. PETTIFORD** : | |
| : | |
| **Defendant.** : | |

_____

### MOTION FOR LEAVE TO LATE FILE DEFENDANT'S REPLY TO GOVERNMENT 404(b) AND 609 MOTION

　　　　The Defendant, by and through his attorney, Christopher M. Davis, hereby moves this Honorable Court to allow him to late file his reply to the Government's Motion In Limine. In support, he states as follows.

1. Defendant's reply was due to be filed by August 4, 2006.

2. Due to counsel's schedule, the need to discuss the issues raised in the government's motion with the defendant, and the need to familiarize himself with the case, it was not possible to file the reply until August 8, 2006.

3. Because Mr. Lal has been out of the office, counsel was unable to determine if the government opposes this request to late file.

WHEREFORE, Defendant respectfully moves this Court to grant this motion.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　Christopher M. Davis #385582

　　　　　　　　　　　　　　　　　　　　Davis & Davis
　　　　　　　　　　　　　　　　　　　　The Lincoln Building
　　　　　　　　　　　　　　　　　　　　514 10th Street, NW - Ninth Floor
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20004
　　　　　　　　　　　　　　　　　　　　202-234-7300

<u>CERTIFICATE OF SERVICE</u>

_____I HEREBY CERTIFY that a copy of the foregoing was served by ECF upon Arvind K. Lal, AUSA on this 8th day of August, 2006.

_____/s/_____
Christopher M. Davis

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | CR: 06-162 (CKK) |
| | : | |
| **FRANKLIN H. PETTIFORD** | : | |
| | : | |
| **Defendant.** | : | |

_____

ORDER

Upon consideration of the Defendant's Motion to Late File his Reply to the Government's Motion In Limine regarding the use of Rule 404(b) evidence and Rule 609 admissibility, and any opposition thereto, it is on this _____ day of _____, 2006, hereby

ORDERED that the Motion is granted.

_____
COLLEEN KOLLAR-KOTELLY
U.S. DISTRICT JUDGE