UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>FRANKLIN H. PETTIFORD,<br><br>Defendant. | Crim. Action No. 06-162 (CKK) |

### ORDER

It is this 9th day of August, 2006,

**ORDERED** that the Court hereby directs the Probation Office to prepare the criminal history calculation of the Defendant under the advisory Sentencing Guidelines, including a determination as to whether Defendant is a career offender, for inclusion in a Pre-Sentence Report to be provided to the Court before Monday, September 11, 2006, the next hearing date. Once the criminal history calculation for a Pre-Sentence Report in this case is completed, it is to be shared with Government's counsel and Defense counsel.

                                                                   _____
                                                                    COLLEEN KOLLAR-KOTELLY
                                                                    United States District Judge

Copies to:

Arvind Kumar Lal
UNITED STATES ATTORNEY'S OFFICE
Judiciary Center Building
555 Fourth Street, NW
Room 4122
Washington, DC 20009
(202) 353-8833
Fax: (202) 514-8707
Email: arvind.lal@usdoj.gov

Christopher Michael Davis
DAVIS & DAVIS
The Lincoln Building
514 10th Street, NW
Ninth Floor
Washington, DC 20004
(202) 234-7300
Fax: (202) 686-0391
Email: cdavisdc@aol.com

Mark McCroson
Supervising United States Probation Officer, Presentence Team
(202) 565-1315