*Let this be filed*
*Judge Kollar-Kotelly*
*9/1/06*

06 CR 162

Aug 29/06

Your Honorable Judge Kollar-Kotelly

**FILED**
SEP 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Your Honor

Mam I truely and deeply apologize for being a pest or disturbing you, but mam I am drawing the line here as of this very day with my Attorney, because he has not did nothing that I've had asked him to do and im asking for your Assistance in this matter because I believe And I know for an fact that what I've been asking my Attorney to do for me, could be a great help to me before the next court date. Mam I've asked for my paliminary transcripts not once, not twice, but more then 6 times I even wrote the Clerk of the Courts way back June for those May 19, 2006 transcripts And between Ms. Slaight and Mr. Davis no one has yet to grab those transcripts. Also I have a traffic ticket that was in the vehicle I was driving on May 15,06 that was issued to me on May 12,06 at About 1:30 or 2:30 AM for a blown front head light that was

so that I truely had no knowledge of those tags being dead. Your Honor could you please have my Attorney to Retrieve those papers and that ticket for me, so when I come back to court on 9-11-06 They would be there for me. Thank You mam for your time And hopefully your Assistance.

Respectfully Submitted
Mr. Frank Pettiford
(Case No 06-162)

P.S. My Attorney name is Christopher Davis

RECEIVED
SEP - 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT