UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.    06-162 (CKK)** |
| | : | |
| v. | : | |
| | : | |
| **FRANKLIN H. PETTIFORD** | : | |
| | : | |

**NOTICE OF ASSIGNMENT AND APPEARANCE**

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney Edward A. O'Connell at telephone number (202)514-6997.  This is also notice of his appearance in this matter on behalf of the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
Bar No. 451058

_____
EDWARD A. O'CONNELL
Assistant United States Attorney
Narcotics Section, Bar No. 460233
555 4th Street, N.W.  #4122
Washington, DC 20001
(202)514-6997; Fax: 514-8707
Edward.OConnell@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of September, 2006, a copy of the foregoing Notice of Assignment and Appearance was electronically mailed to counsel for the defendant, Christopher Davis.

_____
EDWARD A. O'CONNELL
ASSISTANT UNITED STATES ATTORNEY