UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-1621 (CKK) |
| | : | |
| v. | : | |
| | : | |
| FRANKLIN H. PETTIFORD | : | |
| | : | Trial - September 26, 2006 |
| Defendant. | : | |

GOVERNMENT'S NOTICE OF EXPERT TESTIMONY

The United States, by and through its attorney, Kenneth L. Wainstein, the United States Attorney for the District of Columbia, hereby submits the following notice of expert testimony:

DEA CHEMIST

1. Please be advised that the Government intends to call DEA Forensic Chemist Elizabeth R. Pascual to testify regarding the results of the DEA analysis in this case. Ms. Pascual's resume has previously been provided to defense counsel. Ms. Pascual is expected to testify regarding the procedures used by the DEA for receiving controlled substances for analysis and maintaining the chain of custody of such narcotics, including the assignment of a DEA identification number. Ms. Pascual will also testify that these procedures were followed in connection with the narcotics seized in this case and that when received, the narcotics were secured by an unbroken heat-seal and a DEA evidence sticker, and showed no signs of tampering.

2. Ms. Pascual will also testify that after receiving the narcotics and confirming there was no evidence that the heat seal had been tampered with, she opened the heat seal by cutting open one end and removing the contents. Ms. Pascual's testimony will include that she performed

a microscopic and a chemical analysis on the substance found inside the packaging of the heat seal. The results of the analysis (Laboratory Reports, case number 063-596 and the forms "DEA-7") have been previously disclosed to the defendant pursuant to Rule 16. Ms. Pascual will testify that she identified the controlled substances to a scientific certainty, and that after completing the analysis, she placed the substance into a new bag that the DEA provided. Ms. Pascual will provide testimony on the procedure used to re-package the drugs after the analysis was completed and before it was returned to the evidence vault maintained by the DEA for proper storage.

DRUG EXPERT

      3.      The Government intends to call Detective Anthony Washington as an expert in the following areas: the distribution and use of narcotics, specifically cocaine base; the packaging of cocaine base for street level distribution; the manner in which dealers distribute cocaine base in the District of Columbia; both the wholesale and street prices of cocaine base; and the procedures of the Metropolitan Police Department and Drug Enforcement Administration for safeguarding narcotics evidence. The expert will testify about how cocaine base, also known as crack, is packaged and sold, in particular that crack is generally packaged in small plastic ziplock bags by dealers and then sold to users who generally consume the crack by smoking it. The expert will explain that crack is readily available on the streets of DC and that it sells for a low price. Furthermore, the expert will describe how cocaine is cut with agents such as procaine and caffeine. He will also describe the various methods that can be used to cook powder cocaine into crack. The expert will testify that guns are used by drug dealers to protect drugs waiting to be sold, money from drugs already sold, and territory from other dealers. The expert will give his opinion that the substances in DEA lab number KV-841 are cocaine and cocaine base, commonly known as crack.

4.	The basis of Detective Washington's knowledge about cocaine base, also known as crack, is his training and experience in the field.  Detective Washington has been a police officer for nearly 20 years.  From 1988 through 2000, he was directly involved with narcotics investigations in the city either with the Metropolitan Police Department or the Drug Enforcement Administration.  Since 2000, he has been a resident narcotics expert with the Superior Court of the District of Columbia.  Detective Washington has attended numerous training courses in this field beginning with training at the Police Academy and including courses by MPD, FBI, DEA, DOJ, and ATF.  In addition to attending training courses, Detective Washington has also conducted training programs relating to narcotics investigations.  Finally, Detective Washington keeps current on trends in the city by participating in surveillance and arrests as well as by speaking with defendants and cooperators about the drug business.

5.  Also, please note that the Government hereby renews its earlier reverse discovery request pursuant to Federal Rule of Criminal Procedure 16(b) and a reverse <u>Lewis</u> request, including notice of any expert testimony that the Defense intends to call at trial in this case.

    Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

BY: _____
EDWARD A. O'CONNELL
Assistant United States Attorney
D.C. Bar Number 460233
Organized Crime and Narcotics Section
555 4th Street NW
Room 4122
Washington, DC 20530
(202) 514-6997
Fax: (202) 514-8707