UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   v.<br><br>FRANKLIN H. PETTIFORD,<br><br>  Defendant. | Criminal Action No. 06-162 (CKK) |

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is, this 20th day of September, 2006, hereby

**ORDERED** that [9] the Government's *In Limine* Motion Regarding Rule 609 Admissibility is GRANTED-IN-PART and DENIED-IN-PART. Specifically, the Court shall allow the Government to affirmatively impeach Defendant, should he choose to testify, with his conviction for second-degree murder while armed, but shall place certain limitations on this line of inquiry; however, the Court shall not allow the Government to affirmatively impeach Defendant based upon his conviction for carrying a pistol without a license. With respect to Defendant's conviction for second-degree murder while armed, the Government may cross-examine Defendant – should he choose to testify – concerning the fact that he was convicted of a felony offense and previously sentenced in 1991 to a term of seven to twenty-one years

imprisonment, but the Government may not elicit the nature of the offense or any details as to the offense.

**SO ORDERED**.

                                                                            */s/*
                                                              COLLEEN KOLLAR-KOTELLY
                                                              United States District Judge