UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CR: 06-162 (CKK) |
| | : | |
| **FRANKLIN H. PETTIFORD** | : | |
| | : | |
| Defendant. | : | |

**Waiver of Presence at Bench During Voir Dire**

The Defendant, after consultation with his attorney, Christopher M. Davis, in open court on September 21, 2006, hereby waives his right to be present at the bench during the voir dire phase of his trial set for September 26, 2006. The defendant understands that he will be provided a head set so that he will be able to simultaneously hear the complete voir dire process.

Respectfully submitted,

/s/
_____
Christopher M. Davis #385582

Davis & Davis
The Lincoln Building
514 10th Street, NW - Ninth Floor
Washington, D.C. 20004
202-234-7300

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served by ECF upon Arvind K. Lal, AUSA on this 24th day of September, 2006.

_____/s/_____
Christopher M. Davis