UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

FRANKLIN H. PETTIFORD,

Defendant.

Criminal Action No.06-162 (CKK)

**FILED**

SEP 2 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

On September 26, 2006, Leon Brown was called for jury duty in the United States District Court for the District of Columbia. Mr. Brown did not return to the courtroom after lunch, despite being ordered to do so by the Court. Accordingly, it is, this 27th day of September, 2006 hereby

**ORDERED** that Mr. Brown is to appear before the Court on Monday, October 2, 2006 at 10:00 a.m. in Courtroom 28A of the Sixth Floor of the Courthouse Annex to show cause as to why he should not be held in contempt for failing to return to court after lunch as ordered.

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

Copies to:

Mr. Leon Brown
1243 Delaware Avenue, S.W.
Washington, D.C. 20024-3905