CR 06 162

Instruction Re

Differences in

Memory

FILED

SEP 2 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CR 06-162

We are taking a 10 minute break

Freperson

FILED

SEP 2 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

9/28/06                    CR 06-162

We have all the exhibits.

Juro #10         FILED

SEP 2 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

4:00 PM
Foute

CR 06-162

We need a clarification of the legal concept of "constructive possession" and would appreciate a specific example. The following wording in Instruction 429 is confusing:

... "but knowingly has both the power and the intent at a given time to control it"

"Mere presence near something or mere knowledge of its location is not enough to show possession"

FILED

OCT 2 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Foreperson

9/28/06                                        CR 06-162

We wish to adjoin and
Continue tomorrow

FILED

SEP 2 8 2006

Foreperson

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

4:20 pm