UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff(s) ) | |
| ) | Civil No. 06-162 (CKK) |
| ) | |
| v. ) | |
| ) | |
| FRANKLIN H. PETTIFORD ) | |
| ) | |
| ) | |
| Defendant(s) ) | |

FILED
SEP 28 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Counsel's Acknowledgments Concerning Trial Exhibits**

Counsel acknowledges that they have jointly reviewed the exhibits that were admitted into evidence with the courtroom deputy and have agreed on what exhibits will be submitted to the jury during deliberations.

_____
Arvind Lal and Edward O'Connell, AUSA

_____
Christopher Davis, Counsel for defendant Pettiford


_____
9/28/06
Date