9/29/06

06-162

Dear Jurors,

I would ask that you continue your deliberations and give it your best efforts.

Judge C Kollar-Kotelly

FILED
SEP 29 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CR 06-162                              9-29-06

In spite of our best efforts we cannot reach a verdict. We are hopelessly deadlocked.

FILED
SEP 29 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Foreperson

9-29-06

CR 06-162

We are unable to reach a verdict

Foreperson

**FILED**

SEP 29 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2:20 PM