UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff(s) )<br>)<br>vs. )<br>)<br>)<br>FRANKLIN H. PETTIFORD )<br>)<br>Defendant(s) ) | CRIMINAL NO. 06-162 (CKK)<br><br>FILED<br>OCT - 2 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## NOTE FROM JURY

After once again freely discussing, evaluating and analyzing all the evidence according to your instructions, our additional deliberations have not led to a change in any juror's vote. We are hopelessly deadlocked. Any further discussion, based on the evidence presented, will not alter the vote.

DATE: 10/2/06

TIME: 11:22 AM        FOREPERSON Juror #10.

10/2/06

We request the trial transcript,

Foreperson

**FILED**
OCT - 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

October 2, 2006

FILED
OCT 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Jurors,

As I indicated during jury instructions, you cannot rely on receiving a transcript of the trial but have to rely on your memory and your notes if you chose to take them.

We do not have a transcript of the whole trial. If the provision of the testimony of a specific witness would aid in your deliberations, you may request it and the Court will consider your request and whether or not a transcript can be prepared in a timely manner. Therefore, you need to determine whether or not a transcript of the testimony of a specific witness would aid in your deliberations.

Judge Colleen Kollar-Kotelly

*Colleen Kollar-Kotelly* (signature)