UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| v. | : Crim. No. 06-162 TFH |
| FRANLIN PETTIFORD | : |

NOTICE OF FILING

Defendant hereby files a proposed Order for Release of Brady Materials to be linked to Document 40.

_____/s/_____
Christopher M. Davis #385583
Davis & Davis
The Lincoln Building
514 10th Street, NW – Ninth Floor
Washington, D.C. 20004
(202) 234-7300

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this Motion was served via the Court's ECF System upon Edward O'Connell, AUSA and all counsel of record on this 22nd day of November, 2006.

_____/s/_____
Christopher M. Davis