| | |
|---|---|
| UNITED STATES | : |
| v. | : Crim. No. 06-162 TFH |
| FRANLIN PETTIFORD | : |

## ORDER

Upon consideration of Defendant's Motion for Release of Brady Materials, and any opposition thereto, it is on this ____ day of _____, 2006, hereby

OREDERED that the government provide disclosures as orally directed by this Court on this ____ day of _____, 2006:

_____
Thomas F. Hogan
Judge, U.S. District Court