UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No:  06-162 (TFH) |
| | : | |
| v. | : | |
| | : | Trial:  November 27, 2006 |
| **FRANKLIN PETTIFORD,** | : | |
| Defendant. | : | |
| | : | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION
FOR DISCOVERY AND INSPECTION CONCERNING GOVERNMENT'S USE OF
INFORMANTS, OPERATIVES AND COOPERATING INDIVIDUALS
AND MOTION FOR DISCLOSURE OF EXCULPATORY EVIDENCE REQUESTED
AND NOTICE TO THE GOVERNMENT OF EXCULPATORY EVIDENCE
REQUESTED CONCERNING GOVERNMENT'S USE OF INFORMANTS,
OPERATIVES AND COOPERATING INDIVIDUALS**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits its response to the Defendant's Motion for discovery and inspection concerning the government's use of informants, operatives and cooperating individuals and for disclosure of exculpatory evidence and notice to the government of exculpatory evidence requested concerning government's use of informants, operatives and cooperating individuals.

In connection with this case, the government is not aware of any individual that can be characterized as an informant, operative or coopering individual.  Consequently, the government does not intend to call as a witness any individual who could be so characterized.  Moreover, the government is not in possession of any materials that are either exculpatory of the Defendant's guilt of the charged offense, or that would be discoverable under Rule 16 of the Federal Rules of Criminal Procedure.

WHEREFORE, for the foregoing reasons, the government respectfully requests that the Defendant's Motion be DENIED.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        United States Attorney

BY: _____
        EDWARD A. O'CONNELL
        Assistant United States Attorney
        D.C. Bar Number 460233
        Organized Crime and Narcotics Section
        555 4th Street NW
        Room 4122
        Washington, DC 20530
        (202) 514-6997
        Fax: (202) 514-8707