UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

NOV 28 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

U.S.

vs.

Franklin H. Pettiford

~~Civil~~/Criminal No. 06-162

## NOTE FROM JURY

The jury request the judge instructions to the jury.

Date: 11-28-06

Time: 12:45

FOREPERSON

CO-109A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 29 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

U.S.
vs.
Pettiford

Civil/Criminal No. 06-162

## NOTE FROM JURY

Judge Hogan the jury wanted to ask if we could stay til 5:00 to come to a verdict. So we can come in tomorrow morning to give the verdict.

Date: 11-28-06

Time: 3:25

FOREPERSON

CO-109A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 29 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

U.S.
vs.
Franklin H. Pettiford

~~Civil~~/Criminal No. 06-162

NOTE FROM JURY

The jury has reached a verdict

Date: 11/28/06

Time: 3:45

FOREPERSON

CO-109A