FILED

NOV 29 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

**ORIGINAL**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :
                                :
v.                              :    CRIMINAL NO. 06-0162 (TFH)
                                :
FRANKLIN H. PETTIFORD           :
                                :
        Defendant.              :

## VERDICT FORM

We, the jury, unanimously find as follows:

As to the charge of Unlawful Possession with Intent to Distribute 5 Grams or More of Cocaine Base, also known as Crack, on or about May 15, 2006, we find the defendant, Franklin Pettiford:

___X___ GUILTY            _____ NOT GUILTY

___11/28/06___            _____
    Date                              FOREPERSON