UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES                          :

    v.                                 :   Crim. No. 06-162 TFH

FRANKLIN PETTIFORD                     :


MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO PSR

Defendant, by and through counsel, moves this Honorable Court for a one week extension to file objections to the Presentence Report.  In support, he states the following.

1.   Objections to the PSR were to be filed by February 7, 2007.

2.   Counsel for Mr. Pettiford has been in trial in the case of U.S. v. Gilliam, et al., case number RWT 04-0234, in the United States District Court for the District of Maryland in Greenbelt since January 3, 2007.  The case is expected to conclude this week.

3.   Because of counsel's trial schedule, he has not had a chance to meet with Mr. Pettiford to review the PSR.  Counsel will meet with the defendant over the weekend and can file objections by February 14, 2007.

WHEREFORE, Defendant respectfully requests that he have until February 14th to file any objections to the PSR.


_____/s/_____
Christopher M. Davis #385583
Davis & Davis
The Lincoln Building
514 10th Street, NW – Ninth Floor
Washington, D.C. 20004
(202) 234-7300

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of this Motion was served via the Court's ECF System upon Edward O'Connell, AUSA on this 6th day of February, 2007.

_____/s/_____
Christopher M. Davis

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES                          :

     v.                                  :   Crim. No. 06-162 TFH

FRANKLIN PETTIFORD                     :


<u>ORDER</u>

Upon consideration of Defendant's motion for extension of time to file objections

to the Presentence Report, it is on this _____ day of February, 2007 hereby

ORDERED that the motion is granted and that any defense objections to the

Presentence Report be filed on or before February 14, 2007.


_____
THOMAS F. HOGAN
Chief Judge, U.S. District Court