UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No:  06-162 (TFH) |
| | : | |
| v. | : | |
| | : | |
| **FRANKLIN PETTIFORD,** | : | |
| Defendant. | : | |
| | : | |

### GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION
### FOR EXTENSION OF TIME TO FILE OBJECTIONS TO PSR

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits its response to the Defendant's Motion For Extension Of Time To File Objections To PSR.

The Government agrees that the circumstances described in the Defendant's Motion merit an extension of time in which to review the PSR and to file objections.  Accordingly the Government does not object to the Defendant's Motion for extension of time to file objections to the PSR.

WHEREFORE, for the foregoing reasons, the Government respectfully requests that the Defendant's Motion be GRANTED.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

BY: _____
EDWARD A. O'CONNELL
Assistant United States Attorney
D.C. Bar Number 460233
Organized Crime and Narcotics Section
555 4th Street NW, Room 4122
Washington, DC 20530
(202) 514-6997
Fax: (202) 514-8707