UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| v. | :  Crim. No. 06-162 TFH |
| FRANKLIN PETTIFORD | : |

ORDER

Upon consideration of Defendant's Motion for New Trial Based on Newly Discovered Evidence, and any opposition thereto, it is on this _____ day of _____ , 2007, hereby

ORDERED that the motion is granted.

_____
Thomas F. Hogan
Chief Judge, U.S. District Court