Notice of Appeal Criminal

CO-290
Rev. 3/88

## United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )  Criminal No. 06-162 TFH
Franklin Pettiford )

### NOTICE OF APPEAL

FILED

MAR - 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Name and address of appellant:

Franklin Pettiford
CTF

Name and address of appellant's attorney:

Christopher M Davis
The Lincoln Building
514 10th Street NW 9th Fl
Washington DC 20004
(202) 234-7300

Offense:

21 USC 841(a)(1)

Concise statement of judgment or order, giving date, and any sentence:

Feb 27, 2007
86 months
4 yrs supervised release   $100 special assessment

Name and institution where now confined, if not on bail:

Correctional Treatment Facility   1901 E St SE
Washington DC 20003

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

3-01-07
DATE

Franklin Pettiford (pro se)
APPELLANT

Christopher M Davis
ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE [ ]
CJA, NO FEE [✓]
PAID USDC FEE [ ]
PAID USCA FEE [ ]

**RECEIVED**

MAR - 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Does counsel wish to appear on appeal?  YES [✓]  NO [ ]
Has counsel ordered transcripts?  YES [✓]  NO [ ]
Is this appeal pursuant to the 1984 Sentencing Reform Act?  YES [ ]  NO [✓]

Docketing Statement submitted.