**Affidavit of Andrew G. Ferguson, Esq.**

1. I am a Staff Attorney at the Public Defender Service for the District of Columbia, Bar number 475-501. I represented Mr. Franklin Pettiford in case 2006-CF2-8353 in D.C. Superior Court.

2. I was appointed to Mr. Pettiford's case on or about October 27, 2006, by Judge Ramsey Johnson. I was appointed because I was informed that Mr. Pettiford wished to withdraw a guilty plea. Counsel prior to my appointment included John Baringer for Mr. Pettiford, and Mr. Edward O'Connell for the United States of America. My understanding is that at the time of my appointment there had been a previous hung jury in the criminal court matter in federal court.

3. On January 19, 2007, Judge Johnson presided over an evidentiary hearing on the motion to withdraw the plea. AUSA Edward O'Connell was counsel for the government. After argument, evidence, and written motions, Judge Johnson granted the motion to withdraw a guilty plea. According to court records, the motion to withdraw formally occurred on February 15, 2007.

4. The first trial date in 2006-CF2-8353 was set for June 18, 2007. On June 18, 2007, the government counsel or the court was in trial and the case was continued until August 27, 2007.

5. On August 27, 2007, new government counsel AUSA Andrea Sharrin provided additional Rule 16 discovery including photographs. These photographs included photographs of the car at issue taken by the Metropolitan Police Department's Crime Scene Search officers. These photographs also included a picture of a valid District of Columbia driver's license of a man named Covey Cousin resting in the center console of the car that was alleged to be Mr. Pettiford's car. The driver's license was near the cocaine in the center console of the car. Counsel made a claim under *Brady v. Maryland*, that this information was material exculpatory information that should have been turned over prior to the second trial call. The remedy granted was a continuance until October 17, 2007.

6. The trial was continued on October 17, 2007, again on February 6, 2008, and then to March 19, 2008.

7. The case went before a jury on March 19, 2008. Mr. Pettiford was acquitted of the charges on March 26, 2008. AUSA John Henault tried the case for the government. It is counsel's belief from talking with the jurors after the verdict that the photograph of another man's driver's license was central to the acquittal.

_____
Andrew G. Ferguson

8/20/08
Date 8/20/08

Glenetta M. Harris
Notary Public, District of Columbia
My Commission Expires 4/14/2012

District of Columbia: SS
Subscribed and Sworn to before me,
this 20th day of August, 08

_____
Notary Public, D.C.
My commission expires 4/14/2012