UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :

    v.                                             :   Crim. No. 06-162(TFH)

FRANKLIN H. PETTIFORD              :

ORDER

Upon consideration of Defendant's Motion for New Trial, and any opposition thereto, it is on this _____ day of _____, 2008 hereby

ORDERED that the Motion is GRANTED.

_____
THOMAS F. HOGAN
Judge, United States District Court